STATE EX REL. TONAN v. BOTTORFF, JUDGE.

[No. 27,615.  Filed October 7, 1941.]

*Arthur Tonan,* of Michigan City, for relator.

*George N. Beamer,* Attorney General, and *John R. Walsh,* Deputy Attorney General, for respondent.

PER CURIAM.—The relator alleges that he is serving a sentence of life imprisonment upon a conviction of kidnapping; that he filed a petition for a writ of error *coram nobis* in the Clark Circuit Court, in which he was convicted, but that the judge of said court has refused to act upon his petition. In a verified return it appears that, while a petition was filed, there has never been a request that it be assigned for trial.

It is a common practice in many of our courts of general jurisdiction that causes are not assigned for trial until a request for an assignment is made, and, under such circumstances, it cannot be said that the court has refused a trial. This court will not mandate the trial court to perform some duty which it has not been requested to perform.

Petition for writ of mandate denied.

NOTE.—Reported in 36 N. E. (2d) 766.